IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREG TARUSOV, as an individual
and d/b/a GREG'S ECONO LUBE N'
TUNE & BRAKES,

    Plaintiff,

vs.

NATIONWIDE INSURANCE COMPANY
OF AMERICA, ALLIED INSURANCE and
DOES 1-50, inclusive,

    Defendants.
                                  /

No. CIV S-08-0127 MCE EFB

ORDER

       The district judge entered an order referring this case to the undersigned pursuant to the joint status report filed by the parties on March 18, 2008. It appears from that status report that the parties have consented to proceed before the undersigned, although it is unclear whether or not that consent is for all purposes pursuant to 28 U.S.C. § 636(c).

       Accordingly, the court directs the Clerk to serve consent forms on all parties and for the parties to return them within ten days of receipt, indicating whether or not they consent pursuant to 28 U.S.C. § 636(c).

       SO ORDERED.

DATED: April 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE