IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREG TARUSOV, as an individual
and d/b/a GREG'S ECONO LUBE N'
TUNE & BRAKES,

    Plaintiff,

vs.

NATIONWIDE INSURANCE COMPANY
OF AMERICA, ALLIED INSURANCE and
DOES 1-50, inclusive,

    Defendant.

No. CIV S-08-0127 MCE EFB

ORDER TO SHOW CAUSE

By order dated April 23, 2008, the court directed the Clerk to serve consent forms on all parties and ordered the parties to return the completed forms within ten days of receipt, indicating whether or not they consent pursuant to 28 U.S.C. § 636(c). Defendant complied with that order, but plaintiff has not. Accordingly, plaintiff is ordered to show cause, in writing, within ten days from the date of service of this order why sanctions should not be imposed for failure to obey the court's order. *See* L.R. 11-110. Plaintiff shall also file within ten days the consent form indicating whether or not he consents pursuant to 28 U.S.C. § 636(c).

SO ORDERED.

DATED: May 27, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE