1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   JULIAN J. PARDINI, SB# 133878
2  SHARON R. LEWIS, SB# 145340
   One Sansome Street, Suite 1400
3  San Francisco, California 94104
   Telephone: (415) 362-2580
4  Facsimile: (415) 434-0882

5  Attorneys for Defendants
   NATIONWIDE INSURANCE COMPANY OF AMERICA
6  and ALLIED INSURANCE, A NATIONWIDE COMPANY,
   erroneously sued herein as ALLIED INSURANCE

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 GREG TARUSOV, as an individual and dba    ) CASE NO. 2:08-CV-00127-MCE-EFB
   GREG'S ECONO LUBE N' TUNE &               )
11 BRAKES,                                   ) **STIPULATION FOR DISMISSAL OF**
                                             ) **ENTIRE ACTION**
12              Plaintiff,                    )
                                             )
13      v.                                    )
                                             )
14 NATIONWIDE INSURANCE COMPANY OF )
   AMERICA, ALLIED INSURANCE and DOES )
15 1-50, inclusive,                          )
                                             )
16              Defendants.                   )
                                             )
17 _____ )

18      Plaintiff GREG TARUSOV, as an individual and dba GREG'S ECONO LUBE N' TUNE

19 & BRAKES, and Defendants NATIONWIDE INSURANCE COMPANY OF AMERICA and

20 ALLIED INSURANCE, hereby stipulate, by and through their undersigned attorneys of record, to

21 the dismissal of the above captioned action, and request this Court to enter an order dismissing this

22 entire action with prejudice, each side to bear its own costs.

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

4841-8993-8435.1                          -1-

STIPULATION FOR DISMISSAL

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

1    DATED: October 20, 2008          HANSEN, CULHANE, KOHLS, JONES &
                                      SOMMER, LLP
2

3

4                              By _____
                                    Michael W. Jones
5                                   Attorney for Greg Tarusov, an individual and dba
                                    Greg's Econo Lube N' Tune & Brakes
6

7

8    Dated:  October 23, 2008          LEWIS BRISBOIS BISGAARD & SMITH

9

10                             By _____
                                    Julian Pardini
11                                  Attorneys for Defendants
                                    NATIONWIDE INSURANCE COMPANY OF
12                                  AMERICA and ALLIED INSURANCE, A
                                    NATIONWIDE COMPANY, erroneously sued
13                                  herein as ALLIED INSURANCE

14

15

16   **IT IS SO ORDERED.**

17

18   Dated: _____December 4_____, 2008

19                                  _____
                                    The Honorable Edmund F. Brennan
                                    Judge of the United States District Court

20

21

22

23

24

25

26

27

28

4841-8993-8435.1                          -2-

STIPULATION FOR DISMISSAL